IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

WILSON THEODORE, LASHANDA THEODORE, AND STEVEN BILODEAU, JR., on behalf of themselves and others similarly situated,

Plaintiff,

v. Civil Action No. 4:25-cv-45

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

**ORDER**

This matter is before the Court on the Parties' Joint Stipulation to Submit Claims Against Experian Information Solutions, Inc. to Arbitration and to Stay Case. Dkt. No. 37. For the reasons stated below, the Court ORDERS that this matter be STAYED.[1]

"Under the Federal Arbitration Act, a party may demand a stay of federal judicial proceedings pending exercise of a contractual right to have the subject matter of the federal action decided by arbitration[.]" *Microstrategy, Inc. v. Lauricia*, 268 F.3d 244, 249 (4th Cir. 2001). In the Joint Stipulation, Certain Plaintiffs consent to an arbitrator "deciding all issues pertaining to the existence, formation, validity, and scope of any agreement to arbitrate and whether [their] claims against Defendant are subject to the arbitration and/or fall within the scope of any purported agreements." Dkt. No. 37, ¶ 5. Given that "doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration, whether the problem at hand is the construction of the contract

[1] Defendant's Motion to Compel Arbitration, Dkt. No. 26, is DENIED as MOOT.

language itself or . . . a like defense of arbitrability," *id.* (quoting *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 24–25 (1983), the Court finds that a stay of these proceedings pending the arbitration of these threshold questions is consistent with the spirit of the Federal Arbitration Act.

Accordingly, pursuant to 9 U.S.C. § 3, the Court STAYS these proceedings pending completion of arbitration and DIRECTS the Clerk of Court to remove this case from the active docket.[2] The parties are DIRECTED to file a status report with the Court every ninety (90) days from the date of this Order and within thirty (30) days of the final disposition of the arbitration.

The Clerk is DIRECTED to send a copy of this Order to counsel of record for the parties.

It is so ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Newport News, Virginia
Date: February 12, 2026

[2] The Clerk is directed to administratively terminate Defendant's Motion to Dismiss for Lack of Jurisdiction, Dkt. No. 22.