**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**WILSON THEODORE, *et al.*,**

**Plaintiffs,**

**v.** **Civil Action No. 4:25-cv-00045-EWH-LRL**

**EXPERIAN INFORMATION SOLUTIONS, INC.**

**Defendant.**

**JOINT STATUS REPORT**

Pursuant to this Court's February 12, 2026 Order (ECF No. 38), Plaintiffs, Wilson Theodore, Lashanda Theodore, Steven Bilodeau, Jr., Raymond Smith, Wilton Wahlkamp, Susan Hedspeth, Jason Settle, and Brian Mitchell ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. On March 12, 2026, Plaintiffs Wilson Theodore, Lashanda Theodore, Steven Bilodeau, Jr., Raymond Smith, Wilton Wahlkamp, Susan Hudspeth, and Jason Settle filed Demands for Arbitration with the American Arbitration Association against Experian.

2. Since the filing of those Demands for Arbitration, counsel for the Parties have engaged in productive, good-faith settlement negotiations. Those negotiations have resulted in agreements resolving the claims of each of the above-captioned Plaintiffs against Experian, including Plaintiff Brian Mitchell, whose claims were stayed and not referred to arbitration.

3. The Parties are currently exchanging and finalizing settlement documentation. The Parties anticipate filing appropriate dismissal papers to dismiss this action in its entirety within thirty (30) days.

Respectfully submitted,

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By: /s/ Cheryl L. O'Connor
Cheryl L. O'Connor (admitted *pro hac vice*)
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 533-7539
coconnor@jonesday.com

David N. Anthony
Virginia State Bar No. 31696
H. Scott Kelly
Virginia State Bar No. 80546
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com
Email: scott.kelly@troutman.com

*Counsel for Experian Information Solutions, Inc.*
**WILSON THEODORE,**
**LASHANDA THEODORE,**
**STEVEN BILODEAU, JR.,**
**RAYMOND SMITH,**
**WILTON WAHLKAMP,**
**SUSAN HUDSPETH,**
**JASON SETTLE, and**
**BRIAN MITCHELL**

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, VSB #37523
Thomas Domonoske, VSB #35434
Mark C. Leffler, VSB #40712
Adam W. Short, VSB #98844
John Maravalli, VSB #99000
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660

Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: tom@clalegal.com
Email: adam@clalegal.com
Email: john@clalegal.com

Drew D. Sarrett, VSB #81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E. Broad Street, Suite 300
Richmond, Virginia 23219
Phone: (804) 905-9900
Facsimile: (757) 930-3662
Email: drew@clalegal.com

*Counsel for Plaintiff*